

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00614-CV

**IN THE INTEREST OF B.G.R.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01873
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

We do not tax costs because appellant is indigent.

SIGNED March 3, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Senior Judge, sitting by assignment